[No. 19224-5-III.   Division Three.   May 29, 2001.]

BASIN PAVING COMPANY, *Plaintiff*, v. MIKE M. JOHNSON, INC., *Appellant*, CONTRACTORS BONDING AND INSURANCE COMPANY, *Defendant*, THE TOWN OF LIND, *Respondent*.

Appeal from a judgment of the Superior Court for Adams County, No. 97-2-00226-9, Richard W. Miller, J., entered March 13, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Kato, J. Now published at 107 Wn. App. 61.

[No. 45791-8-I.   Division One.   May 29, 2001.]

ANN BURNSIDE, *Appellant*, v. OTHA C. BURNSIDE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-03907-6, Peter D. Jarvis, J., entered December 3, 1999. *Reversed* by unpublished opinion per Ellington, J., concurred in by Coleman and Kennedy, JJ.

[No. 46222-9-I.   Division One.   May 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HINTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-10016-4, Carol A. Schapira, J., entered February 18, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46778-6-I.   Division One.   May 29, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MACIEJ WITWICKI, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-00305-8, Kimberly Prochnau, J. Pro Tem., entered May 4, 2000. *Affirmed* by unpublished opinion per Webster, J., concurred in by Coleman and Cox, JJ.